1  Thomas P. Gmelich, Esq., State Bar No. 166562
      *tgmelich@bglawyers.com*
2  Lily Nhan, Esq., State Bar No. 289443
      *lnhan@bglawyers.com*
3  BRADLEY & GMELICH LLP
   700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1202
   Telephone:  (818) 243-5200
5  Facsimile:   (818) 243-5266

6  Attorneys for Defendant, HILLSTONE RESTAURANT GROUP, INC.

7

8              **UNITED STATE DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MARICELLA SOLORZANO and JAMES H. FORTNER, | **Case No.:** |
| 12                     Plaintiffs, | Orange County Superior Court Case No.: 30-2019-01111195-CU-PO-CJC |
| 13         vs. | **NOTICE OF REMOVAL** |
| 14  HILLSTONE RESTAURANT GROUP, INC. HOUSTON'S and DOES 1 to 50 Inclusive, | |
| 15 | Complaint Filed:   11/12/2019 |
| 16                     Defendants. | |
| 17 | |

18

19       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       PLEASE TAKE NOTICE THAT Defendant, Hillstone Restaurant Group, Inc.

21  hereby removes to this Court the state court action described below.  Removal of

22  this action is proper for the following reasons:

23  **I.      TIMELINESS**

24       1.      Plaintiffs, Maricella Solorzano and James H. Fortner commenced their

25  action on or about November 12, 2019, by filing a Complaint asserting causes of

26  action for Premises Liability and Negligence.  A true and correct copy of the

27  Complaint and Plaintiffs' Statement of Damages are attached hereto as Exhibit A.

28

2. Defendant, Hillstone Restaurant Group, Inc. is named as a defendant; it has been served with the Complaint.

3. This notice of removal is timely in that it is filed on or before thirty (30) days after service of the Complaint, and the Complaint contains notice that the case is removable within the meaning of 28 USC §§ 1441(b) and 1446.

## II. BASIS FOR REMOVAL

4. This is a civil action over which this Court has original jurisdiction under Title 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by defendant, Hillstone Restaurant Group, Inc., pursuant to the provisions of Title 28 U.S.C. § 1441(b) in that the action is between citizens of different States.

5. Plaintiffs' Complaint alleges that the incident occurred in the State of California. Plaintiffs also reside in California. Defendant, Hillstone Restaurant Group, Inc. is a corporation registered in Delaware, with a principal place of business in Georgia, where its high-level officers direct, control, and coordinate the company's activities.

6. Plaintiff, Maricella Solorzano has alleged damages of $10.4 million.

7. Plaintiff, James Fortner has alleged damages of $500,000.00.

## III. VENUE

8. The Orange County Superior Court is located within the jurisdiction of the United State District Court, Central District of California. *See* Title 28 U.S.C. § 84(c)(2). This venue is proper, pursuant to Title 28 U.S.C. §1391. This Notice of Removal is therefore properly filed in this Court, pursuant to Title 28 U.S.C. § 1441.

## IV. PLEADINGS AND PROCESS

9. Other than Exhibit A, there are no other pleadings on file in the State Court action. This Notice of Removal is being filed without prejudice to Defendant's objections and defenses.

9. Counsel for Defendant certifies that it will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California,

1  County of Orange, as required by Title 28 U.S.C. § 1446, and give notice of same to

2  Plaintiffs.

3  WHEREFORE, Defendant, Hillstonre Restaurant Group, Inc., hereby

4  removes the action now pending against it in the Superior Court of the State of

5  California for the County of Orange, to this Honorable Court, and requests that this

6  Court retain jurisdiction for all further proceedings.

7

8  Dated:  January 2, 2020                    BRADLEY & GMELICH LLP

9

10

11  By: _____

12                                          Thomas P. Gmelich
                                            Lily Nhan

13

14  Attorneys for Defendant, HILLSTONE
    RESTAURANT GROUP, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**Maricella Solorzano, et al. vs. Hillstone Restaurant Group, Inc., et al.**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On January 2, 2020, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Granth J. Crhoelman, Esq.
California Injury, PLC
5900 Sepulveda Boulevard, Suite 330
Van Nuys, CA 91411
Telephone: 888-999-0828
Facsimile: 310-861-1505
E-Mail: granth@californiainjury.com
*Attorneys for Plaintiffs, Maricella Solorzano and James H. Fortner*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 2, 2020, at Glendale, California.

*Perjouhi Janjikian*
Perjouhi Janjikian

**NOTICE OF REMOVAL**