# EXHIBIT "A"

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| California Injury, PLC<br>Granth J. Crhoelman, Esq., SBN# 259525<br>5900 Sepulveda Blvd. Ste. 330<br>Van Nuys, CA 91411 | 888-999-0828 | |
| ATTORNEY FOR (name): Plaintiffs, Maricella Solorzano, et al. | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Maricella Solorzano, et al.
DEFENDANT: Hillstone Restaurant Group, Inc., et al.

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:
30-2019-01111195-CU-PO-CJC

To (name of one defendant only): Hillstone Restaurant Group, Inc.
Plaintiff (name of one plaintiff only): Maricella Solorzano
seeks damages in the above-entitled action, as follows:

1. **General damages** — AMOUNT
   a. [✓] Pain, suffering, and inconvenience ............................................... $5,000,000.00
   b. [✓] Emotional distress ........................................................................ $5,000,000.00
   c. [ ] Loss of consortium ......................................................................... $
   d. [ ] Loss of society and companionship (wrongful death actions only) ....... $
   e. [ ] Other (specify) ................................................................................ $
   f. [ ] Other (specify) ................................................................................ $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) .......................................................... $100,000.00
   b. [✓] Future medical expenses (present value) ................................... $300,000.00
   c. [ ] Loss of earnings (to date) ............................................................... $ undetermined
   d. [ ] Loss of future earning capacity (present value) ............................. $ undetermined
   e. [ ] Property damage ............................................................................ $
   f. [ ] Funeral expenses (wrongful death actions only) ............................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) .... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $
   i. [ ] Other (specify) ............................................................................... $
   j. [ ] Other (specify) ............................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 11/14/2019

Granth J. Crhoelman, Esq.
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

| | |
|---|---|
| | CIV-050 |
| PLAINTIFF: Maricella Solorzano, et al. | CASE NUMBER: |
| DEFENDANT: Hillstone Restaurant Group, Inc., et al. | 30-2019-01111195-CU-PO-CJC |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I **served** the
   a. ☐ Statement of Damages   ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) (Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) (Attach completed acknowledgment of receipt.)
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) (Attach signed return receipt or other evidence of actual delivery to the person served.)
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

CIV-050 [Rev. January 1, 2007]                **PROOF OF SERVICE**                Page 1 of 1
                                              **(Statement of Damages)**           Code of Civil Procedure §§ 425.11, 425.115

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| California Injury, PLC<br>Granth J. Crhoelman, Esq., SBN# 259525<br>5900 Sepulveda Blvd. Ste. 330<br>Van Nuys, CA 91411 | 888-999-0828 | |
| ATTORNEY FOR (name): Plaintiffs, Maricella Solorzano, et al. | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Maricella Solorzano, et al.
DEFENDANT: Hillstone Restaurant Group, Inc., et al.

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 30-2019-01111195-CU-PO-CJC

To (name of one defendant only): Hillstone Restaurant Group, Inc.
Plaintiff (name of one plaintiff only): James H. Fortner
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                           **AMOUNT**
   a. ☐ Pain, suffering, and inconvenience ........................................ $ _____
   b. ☐ Emotional distress ........................................................... $ _____
   c. ☑ Loss of consortium ......................................................... $ 250,000.00
   d. ☑ Loss of society and companionship (wrongful death actions only) ....... $ 250,000.00
   e. ☐ Other (specify) _____ ........ $ _____
   f. ☐ Other (specify) _____ ........ $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☐ Medical expenses (to date) ............................................... $ _____
   b. ☐ Future medical expenses (present value) ............................... $ _____
   c. ☐ Loss of earnings (to date) ................................................. $ undetermined
   d. ☐ Loss of future earning capacity (present value) ....................... $ undetermined
   e. ☐ Property damage ............................................................ $ _____
   f. ☐ Funeral expenses (wrongful death actions only) ...................... $ _____
   g. ☐ Future contributions (present value) (wrongful death actions only) ... $ _____
   h. ☐ Value of personal service, advice, or training (wrongful death actions only) ... $ _____
   i. ☐ Other (specify) _____ ....... $ _____
   j. ☐ Other (specify) _____ ....... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 11/14/2019
Granth J. Crhoelman, Esq.
(TYPE OR PRINT NAME)                                            (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

CIV-050

| PLAINTIFF: Maricella Solorzano, et al. | CASE NUMBER: |
| --- | --- |
| DEFENDANT: Hillstone Restaurant Group, Inc., et al. | 30-2019-01111195-CU-PO-CJC |

**PROOF OF SERVICE**
*(After having the other party served as described below, with any of the documents identified in Item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) (Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) (Attach completed acknowledgment of receipt.)
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) (Attach signed return receipt or other evidence of actual delivery to the person served.)
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]   **PROOF OF SERVICE**   Page 2 of 2
(Statement of Damages)   Code of Civil Procedure §§ 425.11, 425.115

12-4-19  8:00

Electronically Filed by Superior Court of California, County of Orange, 11/12/2019 10:59:53 AM.
DAVID H. YAMASAKI, Clerk of the Court By Briana Brown, Deputy Clerk. 30-2019-01111195-CU-PO-CJC ROA # 4

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

HILLSTONE RESTAURANT GROUP, INC.; HOUSTON'S and DOES 1 to 50 Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARICELLA SOLORZANO and JAMES H. FORTNER

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es): Central Justice Center
Orange County Superior Court, 700 W. Civic Center Drive, Santa Ana, CA 92701

**CASE NUMBER:** 30-2019-01111195-CU-PO-CJC
Judge Nathan Scott

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Granth J. Crhoelman, Esq., 5900 Sepulveda Boulevard, #330, Van Nuys, CA 91411; (888)999-0828

DATE: 11/12/2019   David H. Yamasaki, Clerk of the Court   Clerk, by B. B.   , Deputy
(Fecha)                                                     (Secretario)                 (Adjunto)

Briana Brown

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify): Hillstone Restaurant Group, Inc.
3. ☒ on behalf of (specify):
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Electronically Filed by Superior Court of California, County of Orange, 11/12/2019 10:59:53 AM.
DAVID H. YAMASAKI, Clerk of the Court By Briana Brown, Deputy Clerk. 30-2019-01111195-CU-PO-CJC ROA # 2

CALIFORNIA INJURY, PLC
Granth J. Crhoelman, Esq., SBN 259525
5900 Sepulveda Boulevard, Suite 330
Van Nuys, CA 91411
Tel: (888) 999-0828
Fax: (310) 861-1505
Email: Granth@CaliforniaInjury.com

Attorneys for Plaintiff, MARICELLA SOLORZANO
and JAMES H. FORTNER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| MARICELLA SOLORZANO and JAMES H. FORTNER<br><br>Plaintiff,<br><br>v.<br><br>HILLSTONE RESTAURANT GROUP, INC. HOUSTON'S and DOES 1 to 50 Inclusive,<br><br>Defendant(s). | CASE NO. 30-2019-01111195-CU-PO-CJC<br>Judge Nathan Scott<br><br>**COMPLAINT FOR DAMAGES:**<br>1. **PREMISES LIABILITY**<br>2. **NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, PLAINTIFF, MARICELLA SOLORZANO and JAMES H. FORTNER, and for Causes of Action against Defendants, and each of them, complains and alleges as follows:

**GENERAL ALLEGATIONS**

1. Unless otherwise clearly delineated by the context, reference to the phrases, "at all times mentioned herein" or "at all times relevant herein," include the occurrence of the events and facts alleged in this Complaint.

///

///

///

1

COMPLAINT FOR DAMAGES

## PARTIES

2. Plaintiffs MARICELLA SOLORZANO and JAMES H. FORTNER (hereinafter "MARICELLA" "JAMES" OR "PLAINTIFFS") was, and at all times mentioned relevant was, a resident of the City of Irvine, Orange County, State of California. Plaintiffs are husband and wife.

3. At all times mentioned herein, Defendant HILLSTONE RESTAURANT GROUP, INC (hereinafter "Defendant"), was, and is now, a Delaware Corporation doing business in the City of Irvine, Orange County, and throughout the State of California.

4. At all times mentioned herein, Defendant HOUSTON'S (hereinafter "HOUSTON'S"), was, and is now, a California business entity form unknown doing business in the City of Irvine, Orange County, and throughout the State of California.

5. That the true names and capacities, whether individuals, corporate, or otherwise of Defendants are sued erroneously herein as DOES 1 through 50, inclusive, are unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names and capacities. Plaintiff will seek leave to amend this Complaint to include their true names when they have been ascertained. Plaintiff is informed and believes, and upon such information and belief hereby alleges, that each of the Defendants sued therein as DOES 1 through 50, inclusive, are negligent, or in some other manner liable or responsible, for the events and happenings alleged in this Complaint, and by their conduct directly and proximately caused Plaintiff to sustain the injuries and damages alleged herein.

6. Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned herein, Defendants, and each of them, including DOES 1 through 50, inclusive, and each of them, were the agents, servants, employees and/or joint ventures of their Co-Defendants, and were, as such, acting within the course, scope, and authority of said agency, employment and/or joint venture, and with the knowledge, consent, permission and/or ratification of each other, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as an agent, employee and/or joint venturer. At all times mentioned in this complaint, Defendants,

1 and each of them, and DOES 1 through 50, owned, managed and operated HOUSTON'S
2 located at 2991 Michelson Drive, Irvine, California 92612.

### FACTS

7. On November 30, 2017, at HOUSTON'S. Defendants, and each of their agents, employees and representatives so negligently owned, controlled, supervised, managed, maintained and operated said premises so as to proximately cause the MARICELLA to *trip and fall* causing Plaintiff's injuries and related damages. At the time of the subject accident, MARICELLA was at HOUSTON'S to enjoy dining in the restaurant. Plaintiff was walking in and about the premises when she was descending stairs and did suddenly trip and fall on and upon the steps and on and upon the graveled/textured landing causing her to fall forward and in and upon her face.

8. Plaintiff is informed and believes, and thereupon alleges, that Defendants, and each of them, is legally responsible in some manner for the negligence, or in some other actionable manner, for the events and happenings hereinafter mentioned as well as were tortuously responsible, in some manner, for wrongfully causing injuries and damages to Plaintiff as alleged, including, but not limited to, tortuous liability based upon the law of general negligence.

### FIRST CAUSE OF ACTION

### NEGLIGENCE

**[By Plaintiff Against All Defendants]**

9. Plaintiff repeats and re-alleges Paragraphs 1 through 7, inclusive, and incorporates the same herein by reference.

10. At all times mentioned, Defendants, and each of them, had sole and exclusive custody and control of, including, but limited to, the store, the aisles, the refrigeration, and activities occurring on and around said area. Further, Defendants, and each of them, owed a duty to Plaintiff and others lawfully on HOUSTON'S property to keep said location in a good and safe condition.

///

11. Contrary thereto, Defendants, and each of them, were negligent, careless and reckless in the ownership, care, control, design, engineering, construction, maintenance, operation, leasing, management, and caretaking their restaurant, in that they caused and permitted said location to be and remain in a dangerous and unsafe condition in that Defendants, and each of them, caused or permitted the dangerous condition in the area of the stairs and landing to exist causing MARICELLA to trip and fall and land on the textured/gravel like landing.

12. Defendants, and each of them, were negligent, careless and reckless in that they failed to properly warn of the dangerous condition, and in that they failed to properly warn or protect the area of said dangerous condition.

13. Said Defendants, and each of them, fully and well knew, or should have known in the exercise of reasonable care, that said stairs were dangerous and defective and in an unsafe condition, and a menace to MARICELLA and others lawfully on said premises.

14. By reason of the aforesaid negligence, carelessness and recklessness of Defendants, and each of them, and as a direct and proximate result thereof, MARICELLA, while walking in and upon the premises, was caused to trip and fall sustaining the injuries and damages hereinafter alleged.

15. As a direct, legal and proximate result of the reckless and negligent conduct of Defendants, and DOES 1 to 50, inclusive, MARICELLA was compelled to, and did, employ the services of hospitals, physicians, surgeons, nurses, and the like, to care for and treat her injuries, the exact amount of such losses to be stated according to proof, pursuant to California *Code of Civil Procedure* § 425.10.

16. As a further direct, legal and proximate result of the conduct of Defendants and DOES 1 through 50, inclusive, MARICELLA was injured in her health, strength, and activity, sustaining injuries to her body, and shock and injury to her nervous system and person, all of which have caused, and continue to cause her great physical, mental, and nervous pain and suffering. Plaintiff is further informed and believes, and thereupon alleges, that said injuries

will result in disability to her persons, all to her general damage in an amount which will be stated according to proof, pursuant to California *Code of Civil Procedure § 425.10*.

17. As a further proximate result of the negligence of Defendants, and each of them, MARICELLA has sustained loss of earnings and earning capacity, both past and future, in amounts according to proof.

18. Prior to the above-described incident, MARICELLA was able to, and did perform, her duties as a wife and homemaker. Subsequent to the injuries and as a proximate result thereof, MARICELLA, has been unable to perform the necessary duties as wife and spouse and the work and services usually performed in the care, maintenance and management of the family home. By reason thereof, JAMES, has been deprived of the consortium of his spouse, including the performance of his spouse's necessary duties, all to JAMES', damage in a sum as of yet unascertained, but according to proof.

## SECOND CAUSE OF ACTION

### PREMISES LIABILITY

### [By Plaintiff Against All Defendants]

19. Plaintiff repeats and re-alleges Paragraphs 1 through 15, inclusive, and incorporates the same herein by reference.

20. On November 30, 2017, at HOUSTON'S, Defendants, and each of their agents, employees and representatives so negligently owned, controlled, supervised, managed, maintained and operated said premises so as to proximately cause the MARICELLA to *trip and fall* causing Plaintiff's injuries and related damages. At the time of the subject accident, MARICELLA was at HOUSTON'S to enjoy dining in the restaurant. Plaintiff was walking in and about the premises when she was descending stairs and did suddenly trip and fall on and upon the steps and on and upon the graveled/textured landing causing her to fall forward and in and upon her face.

21. At all times mentioned in this complaint, Defendants, and each of them, had sole and exclusive custody and control of HOUSTON'S restaurant located at 2991 Michelson Drive, Irvine, California 92612, including, but not limited to, the stairs and landing thereon.

22. Defendants, and each of them, invited the general public, including MARICELLA, to enter the premises of HOUSTON'S to consume food.

23. Defendants, and each of them, owed the general public a duty to maintain their property, in a reasonably safe condition, and a duty to exercise due care to protect invitees from conditions that can result in injury.

24. Defendants, and each of them, as owners and operators of HOUSTON'S negligently:

   a. Failed to maintain the stairs and landing of HOUSTON'S in a reasonably safe condition and breached their duty of care to their customers by allowing a dangerous condition to exist
   b. Allowed a dangerous condition to exist, or in the exercise of reasonable care should have known, that non-Code Compliant stairs and landing creates an unreasonable risk of harm to its customers in the areas that customers walked through;
   c. Failed to warn Plaintiff and other invited customers of HOUSTON'S of the danger presented by the dangerous condition;
   d. Failed to conduct routine inspections during normal business hours to ensure that no dangerous condition existed in an area where MARICELLA and other invited customers walked through;
   e. Failed to otherwise exercise due care with respect to matters alleged in this complaint;

25. As a direct, legal and proximate result of the reckless and negligent conduct of Defendants, and each of them, and DOES 1 to 50, inclusive, MARICELLA was compelled to, and did, employ the services of hospitals, physicians, surgeons, nurses, and the like, to care for and treat her injuries, the exact amount of such losses to be stated according to proof, pursuant to California *Code of Civil Procedure* § 425.10.

26. As a further direct, legal and proximate result of the reckless and negligent conduct of Defendants, and each of them, and DOES 1 to 50, inclusive, MARICELLA suffered lost earnings and earning capacity, the exact amount of such losses to be stated according to proof, pursuant to California *Code of Civil Procedure* § 425.10.

27. As a further direct, legal and proximate result of the conduct of Defendants, and each of them, and DOES 1 to 50, inclusive, MARICELLA was injured in her health, strength, and activity, sustaining injuries to her body, and shock and injury to her nervous system and

1  person, all of which have caused, and continue to cause her great physical, mental, and nervous
2  pain and suffering. MARICELLA is further informed and believes, and thereupon alleges, that
3  said injuries will result in disability to her person, all to her general damage in an amount which
4  will be stated according to proof, pursuant to California *Code of Civil Procedure § 425.10*.

5      28.    Prior to the above-described incident, MARICELLA was able to, and did
6  perform, her duties as a wife and homemaker. Subsequent to the injuries and as a proximate
7  result thereof, MARICELLA, has been unable to perform the necessary duties as wife and
8  spouse and the work and services usually performed in the care, maintenance and management
9  of the family home. By reason thereof, JAMES, has been deprived of the consortium of his
10 spouse, including the performance of his spouse's necessary duties, all to JAMES', damage in a
11 sum as of yet unascertained, but according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, MARICELLA SOLORZANO and JAMES H. FORTNER, pray for judgment against the Defendants, and each of them, as follows:

1) For general damages according to proof;
2) For all medical, hospital and incidental expenses, according to proof;
3) For loss of earnings, past and future, and earning capacity according to proof;
4) For Damages for Loss of Consortium
5) For all prejudgment interest, according to proof;
6) For all costs of suit, according to proof; and
7) For such other and further relief as the Court may deem just and proper.

Dated: November 12, 2019

CALIFORNIA INJURY, PLC

*[signature]*
Granth J. Crhoelman, Esq.
Attorney for Plaintiff, MARICELLA
SOLORZANO and JAMES H. FORTNER

COMPLAINT FOR DAMAGES

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands trial by jury as to all causes of action.

Dated: November 12, 2019

CALIFORNIA INJURY, PLC

*Granth A. C*

Granth J. Crhoelman, Esq.
Attorney for Plaintiff, MARICELLA
SOLORZANO and JAMES H. FORTNER

**COMPLAINT FOR DAMAGES**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1/1/2013

## CM/ECF ATTORNEY INFORMATION UPDATE FORM

This form shall be used to update an attorney's firm name, address, primary or secondary e-mail address or telephone number. In addition to submitting this form, if the attorney has any pending cases, the attorney shall file and serve a copy of a notice of change of attorney information, form G-06, upon all opposing parties, Local Rule 83-2.7.

Gmelich, Thomas P.                                             166562
Name: (Last, First, M)                                         California State Bar Number

☐ Out-of-state attorney

Check the appropriate box(es) if you are an Assistant U. S. Attorney (AUSA) or a Deputy Federal Public Defender (DFPD) with the Central District of California:
☐ AUSA                                        ☐ DFPD
   ☐ Civil Division    ☐ Criminal Division
   ☐ Los Angeles       ☐ Santa Ana           ☐ Riverside

**Update the following information:**

Bradley & Gmelich
Firm/Government Agency Name

700 North Brand Boulevard, 10th Floor,  Glendale,  California  91203
Address                                               City                      State              Zip Code

(818) 243-5200              (818) 243-5266              tgmelich@bglawyers.com
Phone Number                Fax Number                  Primary Internet E-mail address

Secondary E-mail address (up to two addresses only):
   ☑ Add dlewis@bglawyers.com and pjanjikian@bglawyers.com

   ☐ Remove _____

**Apply the updated information to:**
☐ pending and terminated civil cases*          ☐ pending and terminated criminal cases*
☑ pending civil cases only*                    ☐ pending criminal cases only*
☐ no cases to be updated
☐ the following cases only (include the division code, year, case type, case number, i.e., 2:07-CV-01234)

NOTE: A list of your cases may be obtained by querying your name in the CM PACER system.
*CAUTION! You will receive notices of electronic filing for cases you may no longer be associated with if you did not file a substitution of attorney or notice of reassignment of attorney.

Delivery options (please check only one box). Your selection will apply to both primary and secondary E-mail address(es):
  ☑ Send an individual notice for each filing       ☐ Send a daily summary report

I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R.Civ. P. 5(b)(2)(E) and 77(d), and Fed. R. Crim. P. 49(b)-(d).

November 13, 2012
Date                                    Signature

A Public Access to Court Electronic Records (PACER) account is required to access documents electronically sent. To establish a PACER account, call 1-800-676-6856 or go to www.pacer.psc.uscourts.gov.

Return completed form to: Email_Update@cacd.uscourts.gov
Attention: Attorney Admission Clerk

G-76 (02/10)                    CM/ECF ATTORNEY INFORMATION UPDATE FORM