Thomas P. Gmelich, Esq., State Bar No. 166562
 *tgmelich@bglawyers.com*
Lily Nhan, Esq., State Bar No. 289443
 *lnhan@bglawyers.com*
BRADLEY & GMELICH LLP
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1202
Telephone:  (818) 243-5200
Facsimile:  (818) 243-5266

Attorneys for Defendant, HILLSTONE RESTAURANT GROUP, INC.

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELLA SOLORZANO and JAMES H. FORTNER, <br><br> Plaintiffs, <br><br> vs. <br><br> HILLSTONE RESTAURANT GROUP, INC.; HOUSTON'S and DOES 1 to 50 Inclusive, <br><br> Defendants. | **Case No.: 8:20-cv-00001-DOC-KES** <br><br> **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** <br><br> **Assigned to:** <br> **District Judge: David O. Carter** <br> **Magistrate Judge: Karen E. Scott** <br><br> Complaint (State) Filed: 11/12/2019 <br> Trial:   10/27/2020 |

IT IS HEREBY STIPULATED by and between plaintiffs, MARICELLA SOLORZANO and JAMES H. FORTNER and Defendant, HILLSTONE RESTAURANT GROUP, INC., through their respective attorneys of record herein that the above-entitled matter has been settled by and among the parties and that upon such basis, the parties hereby stipulate that the above-captioned matter be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: September 2, 2020 | | BRADLEY & GMELICH LLP |
| | By: | /s/ Thomas P. Gmelich |
| | | Thomas P. Gmelich |
| | | Lily Nhan |
| | | Attorneys for Defendant, HILLSTONE RESTAURANT GROUP, INC. |
| | | |
| Dated: August 21, 2020 | | CALIFORNIA INJURY, PLC |
| | By: | *Granth J. Crhoelman* |
| | | Granth J. Crhoelman, Esq. |
| | | Attorneys for Plantiffs, MARICELLA SOLORZANO and JAMES H. FORTNER |
| | | |
| Dated: August 21, 2020 | | FORMICA LAW GROUP |
| | By: | [signature] |
| | | Stefano G. Formica, Esq. |
| | | Attorneys for Plantiffs, MARICELLA SOLORZANO and JAMES H. FORTNER |

# PROOF OF SERVICE

**Maricella Solorzano, et al. vs. Hillstone Restaurant Group, Inc., et al.**
**Case No. 8:20-cv-00001-DOC-KES**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On September 2, 2020, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Granth J. Crhoelman, Esq.<br>California Injury, PLC<br>5900 Sepulveda Boulevard, Suite 330<br>Van Nuys, CA 91411<br>Telephone: 888-999-0828<br>Facsimile: 310-861-1505<br>E-Mail: granth@californiainjury.com<br>*Attorneys for Plaintiffs, Maricella Solorzano and James H. Fortner* | Stefano G. Formica, Esq.<br>Formica Law Group<br>619 S. La Brea Avenue<br>Los Angeles, CA 90036-3587<br>Telephone: 323-272-3334<br>Facsimile: 323-272-3926<br>E-Mail: sformica@formicalawgroup.com<br>*Attorneys for Plaintiffs, Maricella Solorzano and James H. Fortner* |

**ONLY BY ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address varagon@bglawyers.com to the persons at the e-mail addresses listed in the Service List. This electronic service is sent to the email addresses obtained in compliance with Emergency Rule 12 of the Emergency Rules Related to COVID-19 and/or on notice provided on or about March 16, 2020. During the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 2, 2020, at Glendale, California.

/s/ Veronica Aragon
Veronica Aragon

---

1
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**